[No. 66321-6-I.   Division One.   August 29, 2011.]

*In the Matter of the Custody of* K.L.S.

KAREN LEIGH SIMONSEN, *Respondent*, v. KRISTINE RAYE GILLIO,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 09-3-02658-2, Gerald L. Knight, J.,
entered November 2, 2010. *Reversed* and *remanded* by
unpublished opinion per Ellington, J., concurred in by
Grosse and Becker, JJ.

[No. 39959-8-II.   Division Two.   August 30, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT FREDRICK
ARMBRUSTER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 09-1-00514-6, James W. Lawler, J., entered
October 30, 2009. *Affirmed* by unpublished opinion per Van
Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 40528-8-II.   Division Two.   August 30, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN C. FELIX,
*Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 10-1-00006-2, Amber L. Finlay, J., entered
March 26, 2010. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Worswick, A.C.J., and Quinn-
Brintnall, J.

[No. 65514-1-I.   Division One.   September 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN S.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 09-8-01705-2, Christopher A. Washington, J.,
entered May 7, 2010. *Dismissed* by unpublished per curiam
opinion.